IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| EMILIO M. ABEYTA<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO REMAND TO SOCIAL SECURITY ADMINISTRATION<br><br><br>Case No. 1:09-CV-113 TS |

This matter is before the Court on the Defendant's motion to remand to the social security administration. The motion is unopposed and therefore will be granted by the Court pursuant to sentence four of 42 U.S.C. § 405(g). It is therefore

ORDERED that Defendant's Motion to Remand (Docket No. 13) is GRANTED. The clerk of court is directed to enter a judgment in accordance with Fed. R. Civ. P. 58 and consistent with the decision of *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

DATED   December 28, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge

1